B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Utah

In re   Jason Cory Lunnen
        Pamela Favero Lunnen                    ,            Case No.  18-25709

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| PLS Specialty Investments LLC | Bayview Loan Servicing, LLC, a Delaware Limited Liability Company |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  FCI Lender Services, Inc.
  PO Box 27370
  Anaheim Hills, CA 92809

Court Claim # (if known):   15-1
Amount of Claim:   $375,361.39
Date Claim Filed:   10/08/2018

Phone: _____
Last Four Digits of Acct #:   9478

Phone: _____
Last Four Digits of Acct. #:   3647

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ D. Anthony Sottile                    Date: 11/05/2018
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.